# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Cr. No. Cr. 2008-17 |
| ) | |
| vs. ) | |
| ) | |
| JERMAINE WILLIAMS ) | |
| _____ ) | |

### REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The defendant by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P. and LRCr 56.1(b)(14)(A), and has entered a plea of guilty to Count(s) I-Bank Robbery; Aiding and Abetting of the indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea(s) was/were knowledgeable and voluntary as to each count, and the offense(s) charged is/are supported by an independent basis in fact containing each of the essential elements of such offense(s). I therefore recommend that the plea(s) of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Date: June 25, 2008

_____
United States Magistrate Judge

### NOTICE

Failure to file written objections to the is Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge, 28 U.S.C. Section 636(b)(1)(B), LRCr. 56.1(c)(3).

cc: U.S. Probation
    Lydia B. Trotman