NOT FOR PUBLICATION

### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|       Plaintiff, ) | |
| ) | **Criminal No. 2008-17** |
|       v. ) | |
| ) | |
| JERMAINE WILLIAMS, ) | |
| ) | |
|       Defendant. ) | |
| ———————————————————— ) | |

ATTORNEYS:

**Everard A. Potter, AUSA**
St. Thomas, U.S.V.I.
    *For the plaintiff,*

**George H. Hodge, Jr., Esq.**
St. Thomas, U.S.V.I.
    *For defendant Jermaine Williams.*

<u>ORDER</u>

GÓMEZ, C.J.

    Pursuant to the Report and Recommendation of the United States Magistrate, to which there has been no timely objection, it is hereby

    **ORDERED** that the plea of guilty of the defendant, Jermaine Williams ("Williams") to Count One of the indictment, charging aiding and abetting in the commission of the offense of bank robbery, is **ACCEPTED**; and it is further

*United States v. Williams*
Criminal No. 2008-17
Order
Page 2


    **ORDERED** that Williams is adjudged **GUILTY** of the offense

charged in Count One of the indictment.


S\_____
           **Curtis V. Gómez**
            **Chief Judge**